Receipt # 18997　　Bk 5247　PG 241
E-RECORDED　　04/19/2018 10:00:30 AM
Pages 1
ASSIGNMENT
Instr # 37360
Rebecca S. Wotton Lincoln County Registry of Deeds



## ASSIGNMENT OF MORTGAGE

**FOR GOOD AND VALUABLE CONSIDERATION,** the sufficiency of which is hereby acknowledged, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR CAMDEN NATIONAL BANK, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR),** (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to **DITECH FINANCIAL LLC, A DELAWARE LIMITED LIABILITY COMPANY, WHOSE ADDRESS IS 2100 E. ELLIOT RD., T314, TEMPE, AZ 85284 (800)643-0202, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Mortgage is dated 05/31/2016, made by **SELBY W LANDMANN** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR CAMDEN NATIONAL BANK, ITS SUCCESSORS AND ASSIGNS** and recorded on 07/19/2016 in **Book 5029 and Page 295**, in the office of the Recorder of **LINCOLN** County, **Maine**.

**IN WITNESS WHEREOF,** this Assignment was executed **this 18th day of April in the year 2018.**
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR CAMDEN NATIONAL BANK, ITS SUCCESSORS AND ASSIGNS**

_____
**ANDRE MIRANDA**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA   COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me on this 18th day of April in the year 2018, by Andre Miranda as VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR CAMDEN NATIONAL BANK, ITS SUCCESSORS AND ASSIGNS, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
**MICHELLE BROWN**
**COMM EXPIRES: 10/13/2020**

MICHELLE BROWN
Notary Public - State of Florida
My Commission #GG 38514
Expires October 13, 2020

Instrument Prepared By: Dave LaRose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
When Recorded Return To: Ditech Financial LLC, C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North, Palm Harbor, FL 34683
DTFAV▇▇▇▇ ADMASG   MIN 101344000000015587 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026  DOCR T181804-08:21:40 [C-1]  EFRMME1

Receipt # 22958
E-RECORDED
Bk 5316   PG 38
10/17/2018 01:12:22 PM
Pages 1
DISCHARGES
Instr # 43853
Rebecca S. Wotton Lincoln County Registry of Deeds

## QUITCLAIM ASSIGNMENT

WHEREAS, Camden National Bank is identified as the "Lender" on a certain mortgage executed by Selby W. Landmann, and bearing the date of the 5/31/2016 and recorded on 7/19/2016 in the Office of the Recorder of Lincoln County, State of Maine in Book 5029 at Page 295 (hereinafter the "Mortgage");

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") is designated the mortgagee in the Mortgage as the nominee of Camden National Bank and its successors and assigns, and, upon recording of the Mortgage, became the mortgagee of record;

WHEREAS, Camden National Bank wishes to convey and assign any and all rights it may have under the Mortgage to Government National Mortgage Association; and

WHEREAS this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, Camden National Bank hereby assigns and quit claims all of its rights, title and interests (whatever they may be, if any) in the Mortgage to Government National Mortgage Association.

In Witness Whereof, the Assignor has duly executed this instrument this 24TH day of AUGUST, 2018.

Camden National Bank
By: [signature]
Name: Mark C Richards
Its: VP Loan Servicing
(Title)

STATE OF MAINE
COUNTY OF KNOX     ss:

In Rockport, on the 24TH day of AUGUST, 2018, before me personally appeared Mark C Richards, the VP Loan Servicing of Camden National Bank, to me known and known by me to be the party executing the foregoing instrument, and he/she acknowledged said instrument by him/her executed to be his/her free act and deed, and the free act and deed of Camden National Bank.

[signature]
Notary Public
Printed Name: William Burch
My Commission Expires: March 8, 2023

William Burch
Notary Public, State of Maine
My Commission Expires March 8, 2023

Receipt # 32517  
E-RECORDED  
Instr # 57869  
Rebecca S. Wotton Lincoln County Registry of Deeds

Bk 5482   PG 142  
01/22/2020 09:39:18 AM  
Pages 1  
ASSIGNMENT

Record & Return to:  
Bendett & McHugh, P.C.  
270 Farmington Avenue, Suite 151  
Farmington, CT 06032

## ASSIGNMENT OF MORTGAGE

Know all men by these presents, that Ditech Financial LLC, and its successors and assigns, with a mailing address of 2100 E. Elliot Road Bldg 94 Mail Stop T325 Tempe, AZ 85284, does hereby grant, bargain, sell, assign, transfer, and set over to Government National Mortgage Association with a mailing address of 425 3rd Street SW, Washington, DC 20410 and its successors and assigns, all interest under that certain mortgage to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE AS NOMINEE FOR CAMDEN NATIONAL BANK, from SELBY W. LANDMANN, a single man, dated May 31, 2016 and recorded June 1, 2016 in Volume 5010 at Page 245, then re-recorded July 19, 2016 in Volume 5029 at Page 295 of the Lincoln County Registry of Deeds.

**In Witness Whereof,** the Assignor has duly executed this instrument this ___19th___ day of December, 2019.

Signed and Delivered in the  
Presence of:

Ditech Financial LLC

By: _____ 12/19/2019  
Magdalena Olimon  
Document Execution Representative

STATE OF ARIZONA       :  
COUNTY OF MARICOPA     :

The foregoing instrument was subscribed and sworn to (or affirmed) before me this ___19th___ day of December 2019, by Magdalena Olimon as Document Execution Representative for Ditech Financial LLC . Said person is personally known to me.

Barb Dimes  
Notary Public  
Maricopa County, Arizona  
My Comm. Expires 04-30-23  
Commission No. 567280

Notary Public  
My Commission Expires: 4/30/23

Property Address: AOM - 221 HUNTS MEADOW RD WHITEFIELD Maine 04353

BK: 5482  PG: 142

Receipt # 37354
E-RECORDED

Bk 5579    PG 294
09/08/2020  11:03:23 AM
Pages 1
ASSIGNMENT

Instr # 65039
Rebecca S. Wotton Lincoln County Registry of Deeds

Record & Return to:
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 151
Farmington, CT 06032

## ASSIGNMENT OF MORTGAGE

Know all men by these presents, that Government National Mortgage Association with a mailing address of 425 3rd Street SW, Washington, DC 20410, does hereby grant, bargain, sell, assign, transfer, and set over to Ditech Financial LLC with a mailing address of 2100 E. Elliot Rd Bldg 94 Mail Stop T325, Tempe, AZ 85284 and its successors and assigns, all interest under that certain mortgage to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE AS NOMINEE FOR CAMDEN NATIONAL BANK, from SELBY W. LANDMANN, Single Man, dated May 31, 2016 and recorded June 1, 2016 in VOLUME 5010 at PAGE 245 and corrected by that mortgage recorded on July 19, 2016 in VOLUME 5029 at PAGE 295 of the LINCOLN County Registry of Deeds.

**In Witness Whereof**, the Assignor has duly executed this instrument this 20th day of August, 20 20.

Signed, Sealed and Delivered
in the Presence of:

Government National Mortgage Association

By _____
(Type or Print Name of Executing Party)
JOHN T. DAUGHERTY
Its SENIOR VICE PRESIDENT
(Title)

STATE OF XXXXXXXXXXXXXXXXXXX
COUNTY OF DISTRICT OF COLUMBIA

On this 20th day of August, 20 20, personally appeared John T. Daugherty, who is known to me to be the person who executed the foregoing instrument as the Senior Vice President (title), of the entity that executed the foregoing instrument, and acknowledged the same to be the free act and deed of said entity, before me.

_____
Notary Public
My Commission Expires:

MERLENE S. HAWKINS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires September 30, 2020

Receipt # 38000
E-RECORDED
Bk 5593  PG 12
09/30/2020  08:45:46 AM
Pages 1
ASSIGNMENT
Instr # 66097
Rebecca S. Wotton Lincoln County Registry of Deeds

Record & Return to:
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 151
Farmington, CT 06032

## ASSIGNMENT OF MORTGAGE

Know all men by these presents, that Ditech Financial LLC with a mailing address of 2100 E. Elliot Rd Bldg 94 Mail Stop T325, Tempe, AZ 85284, does hereby grant, bargain, sell, assign, transfer, and set over to NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING with a mailing address of 55 Beattie Place, Suite 110, MS #001, Greenville, SC 29601 and its successors and assigns, all interest under that certain mortgage to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE AS NOMINEE FOR CAMDEN NATIONAL BANK, from SELBY W. LANDMANN, Single Man, dated May 31, 2016 and recorded June 1, 2016 in VOLUME 5010 at PAGE 245 and corrected on July 19, 2016 in VOLUME 5029 at PAGE 295 of the LINCOLN County Registry of Deeds.

In Witness Whereof, the Assignor has duly executed this instrument this 24TH day of September, 2020.

Signed, Sealed and Delivered
in the Presence of:

NewRez LLC, F/K/A New Penn Financial, LLC,
D/B/A Shellpoint Mortgage Servicing as
Attorney-in-Fact for Ditech Financial LLC

By_____
(Type or Print Name of Executing Party)

Its  PHILIP A. PRISTLY AVP
(Title)

STATE OF South Carolina :
COUNTY OF Greenville :

On this 24th day of September, 2020, personally appeared Phillip A. Plyler, who is known to me to be the person who executed the foregoing instrument as the AVP (title), of the entity that executed the foregoing instrument, and acknowledged the same to be the free act and deed of said entity, before me.

Notary Public  Charles Colberg
My Commission Expires: 12/13/2027