UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NEWREZ LLC d/b/a<br>SHELLPOINT MORTGAGE SERVICING<br>Plaintiff,<br><br>v.<br><br>SELBY W LANDMANN<br>Defendant, | )<br>)<br>)<br>)<br>) Civil No. 2:20-cv-00361-LEW<br>)<br>)<br>) |

## JUDGMENT

Pursuant to the Order granting Motion to Dismiss Pursuant to FRCP 41(a)(2) entered by U.S. District Judge Lance E. Walker on September 28, 2021, JUDGMENT of dismissal is hereby entered.

CHRISTA K. BERRY
CLERK

By:   /s/ Meghan Maker
Deputy Clerk

Dated: September 28, 2021